IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00056-KS

PHILLIP MINCHEW, )
    Plaintiff, )
)
vs. )
)
NANCY A. BERRYHILL, )
  Acting Commissioner of )
  Social Security, )
    Defendant. )

ORDER GRANTING DEFENDANT'S MOTION
TO APPEAR BY VIDEO-TELEPHONE CONFERENCE

Upon consideration of Defendant's unopposed Motion to Appear by Video-Telephone conference for the hearing scheduled on October 31, 2018 at 11:00 a.m., it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this  20th  day of September 2018.

_____
Kimberly A. Swank
United States Magistrate Judge