UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PHILLIP MINCHEW,  )
    Plaintiff,  )
  )
v.  )
  )  **JUDGMENT**
NANCY A. BERRYHILL,  )
*Acting Commissioner of Social Security,*  ) Case No. 5:18-CV-56-KS
    Defendant.  )
  )

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-19] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-22] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on February 21, 2019, with electronic service upon:

Scott Scurfield *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*

                        **PETER A. MOORE, JR.**
                        CLERK, U.S. DISTRICT COURT

FEBRUARY 21, 2019            /s/ *Shelia Foell*
                        (By): Shelia Foell, Deputy Clerk